## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ANTHONY ENRIQUE ORTEGA,      )
                                        )
                      Petitioner,     )
vs.                                )          NO. CIV-11-0185-HE
                                        )
MIKE ADDISON, Warden,        )
                                        )
                      Respondent.    )

## ORDER

Petitioner Anthony Enrique Ortega filed this case pursuant to 28 U.S.C. § 2254 seeking habeas relief. The court previously adopted Magistrate Judge Doyle Argo's Report and Recommendation insofar as it denied petitioner's motion for leave to proceed *in forma pauperis* and ordered petitioner to pay the filing fee in full to the Clerk of the Court within fifteen days of March 23, 2011.[1] Petitioner has failed to pay the $5 filing fee within the provided time limit. Therefore, petitioner's petition [Doc. #1] is **DISMISSED**.

**IT IS SO ORDERED**.

Dated this 1st day of June, 2011.

JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] *The magistrate judge also recommended transferring the case to the U.S. District Court for the Eastern District of Oklahoma. For the sake of judicial efficiency, the court refrained from ruling upon the recommended transfer until petitioner either paid or failed to pay the $5 filing fee within the provided time limit.*